# Order

Michigan Supreme Court
Lansing, Michigan

April 15, 2011

141739

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

SAMMIE RAY BAILEY, JR.,
     Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141739
COA: 278411
Kent CC: 06-006768-FC

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of November 24, 2010. The application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2011

_____
Clerk

t0412